AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cassling, Donald R. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>05/19/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Suite 662<br>Chicago, IL 60604 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassling, Donald R.** | 05/19/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CNB Bank & Trust, N.A. | Property No. 1 in Homer, Illinois | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 (H) | | | | | | | | | |
| 2. - IShares MSCI EAFE Index ETF EFA | C | Dividend | L | T | | | | | |
| 3. - IShares Select Div ETF DVY | D | Dividend | N | T | | | | | |
| 4. - IShares Core S&P 500 ETF IVV | D | Dividend | N | T | | | | | |
| 5. | B | Dividend | | | | | | | |
| 6. | A | Dividend | | | | | | | |
| 7. - SPDR S&P Divident ETF SDY | B | Dividend | L | T | | | | | |
| 8. - Vanguard Total Stock Market ETF VTI | D | Dividend | N | T | Buy (add'l) | 10/01/15 | K | | |
| 9. - Vanguard MSCI European ETF VGK | D | Dividend | M | T | | | | | |
| 10. - Vanguard Dividend Appreciation ETF VIG | C | Dividend | M | T | | | | | |
| 11. - Wisdomtree Emerging Market ETF DEM | | None | | | Sold | 02/11/15 | L | | |
| 12. - AMG Yacktman Fund Service Class YACKX | B | Dividend | M | T | Buy (add'l) | 12/30/15 | K | | |
| 13. | E | Dividend | | | | | | | |
| 14. | A | Dividend | | | | | | | |
| 15. - Blackrock Global Allocation Inst. Class Malox | B | Dividend | M | T | Buy (add'l) | 07/20/15 | J | | |
| 16. | B | Dividend | M | T | Buy (add'l) | 12/17/15 | K | | |
| 17. | D | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | B | Dividend | | | | | | | |
| 19. - Bank of America, California N.A. RASP | A | Interest | K | T | | | | | |
| 20. - Alliance Berstein Global Bd Fund Inc. AVL CL ANAYX | B | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |
| 21. | | | | | Buy (add'l) | 02/02/15 | J | | |
| 22. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 23. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 24. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 25. | | | | | Buy (add'l) | 06/01/15 | J | | |
| 26. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 27. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 28. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 29. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 30. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 31. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 32. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 33. - Alliance Bernstein High Income Fund CL ADV AGDYX | B | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |
| 34. | | | | | Buy (add'l) | 02/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 02/11/15 | K | | |
| 36. | | | | | Buy (add'l) | 03/02/15 | J | | |
| 37. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 38. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 39. | | | | | Buy (add'l) | 06/01/15 | K | | |
| 40. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 41. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 42. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 43. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 44. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 45. | | | | | Buy (add'l) | 12/01/15 | J | | |
| 46. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 47. - Blackrock Global Long Short Credit Fund C-I BGCIX | C | Dividend | L | T | Sold (part) | 02/11/15 | K | | |
| 48. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 49. - Gotham Neutral Fund Inst. Class GONIX | | None | | | Sold | 10/01/15 | K | | |
| 50. - Vanguard Total Int'l STK-VXUS | B | Dividend | L | T | Buy | 02/11/15 | L | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HSA IRA (H) | | | | | | | | | |
| 53. - IShares MSCI EAFE - EFA | A | Dividend | J | T | | | | | |
| 54. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Sold (part) | 09/09/15 | J | A | |
| 55. - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | | | | | |
| 56. - Wisdomtree Emerging Mkt High Dividend Fd -DEM | | None | | | Sold | 02/11/15 | J | | |
| 57. - ML Bank Deposit Program | A | Interest | J | T | | | | | |
| 58. - Vanguard Total Int'l Stk - VXUS | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 59. | | | | | | | | | |
| 60. Roth IRA (H) | | | | | | | | | |
| 61. - Vanguard Total Stk Mkt - VTI | A | Dividend | J | T | Buy (add'l) | 02/27/15 | J | | |
| 62. - Vanguard MSCI European ETF - VGK | | None | | | Sold | 02/27/15 | J | | |
| 63. - Vanguard Dividend Appreciation - VIG | A | Dividend | J | T | Sold (part) | 02/27/15 | J | A | |
| 64. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 65. - Wisdomtree Emerging Mkt High Dividend Fd - DEM | | None | | | Sold | 02/11/15 | J | | |
| 66. - Blackrock Global Allocation - MALOX | A | Dividend | J | T | Buy (add'l) | 12/17/15 | J | | |
| 67. | | | | | Sold (part) | 02/27/15 | J | | |
| 68. | | | | | Sold (part) | 09/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 09/19/15 | J | | |
| 70. - Bank of America RASP | A | Interest | J | T | | | | | |
| 71. - Vanguard Total Int'l Stk - VXUS | A | Dividend | J | T | Buy (add'l) | 02/11/15 | J | | |
| 72. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 73. - Vanguard Total Bond Mkt - BND | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 74. - Vanguard Total International Bond ETF - BNDV | A | Dividend | | | Buy | 02/27/15 | J | | |
| 75. | | | | | Sold (part) | 09/09/15 | J | | |
| 76. | | | | | Sold | 09/14/15 | J | A | |
| 77. - Invesco Equally Weighted S&P 500 Fund - VADDX | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 78. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 79. | | | | | | | | | |
| 80. Brokerage Account (H) | | | | | | | | | |
| 81. - Vanguard Total Stk Mkt - VTI | A | Dividend | K | T | Buy (add'l) | 02/11/15 | J | | |
| 82. | | | | | Buy (add'l) | 10/01/15 | K | | |
| 83. - Vanguard MSCI European - VGK | A | Dividend | | | Sold | 10/01/15 | K | | |
| 84. - Vanguard Dividend Appreciation - VIG | A | Dividend | K | T | | | | | |
| 85. - Wisdomtree Emerging Mkts High Dividend Fd - DEM | A | Dividend | | | Sold | 02/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | - Lincoln Am Legacy III & Annuity (Variable) (H) | | | | | | | | | |
| 87. | * AF Growth (X) | | None | M | T | | | | | |
| 88. | * AF Blchp Inc & Gr (X) | | None | L | T | | | | | |
| 89. | * AF Grwth - Inc (X) | | None | M | T | | | | | |
| 90. | * AF Int'l (X) | | None | L | T | | | | | |
| 91. | * AF Glbl Grwth (X) | | None | M | T | | | | | |
| 92. | * AF Asset Alloc (X) | | None | L | T | | | | | |
| 93. | - Metlife Series LVA Annuity (Variable) (H) | | | | | | | | | |
| 94. | * SSGA Growth ETF Portfolio (X) | | None | M | T | | | | | |
| 95. | -ML Bank Deposits Program | A | Interest | N | T | | | | | |
| 96. | - Vanguard Total Int'l Stk - VXUS | A | Dividend | K | T | | | | | |
| 97. | | | | | | | | | | |
| 98. | Property No. 1 in Homer, IL | F | Rent | P1 | W | | | | | |
| 99. | | | | | | | | | | |
| 100. | Genworth Life and Annuity universal life insurance policy | C | Interest | L | W | | | | | |
| 101. | | | | | | | | | | |
| 102. | Chase Bank checking/savings account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Secured note for loan made to non-dependent relative (X) | B | Interest | M | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassling, Donald R. | 05/19/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, throughout -- I am aware that items should be listed in the same order in which they were listed in past reports in order to assist in the Committee in its reconciliation review. However, in past reports, I listed each stock that I held in my accounts with my brokerage company without grouping them in the account in which they were held. After receiving the Committee's guidance letter to me of November 19, 2015, I re-read the filing instructions and concluded that I should have been grouping them by account. I have done that in this report. Within each account grouping, I have listed the stocks in the same order in which they were listed in prior reports. The four accounts with the brokerage company are an IRA, a Health Savings Account IRA, a Roth IRA and a general Brokerage Account. I hold many of the same stocks in more than one of these accounts.

2. Part VII, line 3 -- The name of the asset was corrected, from "IShares Select Div ETF PVY," to "IShares Select Div ETF DVY."

3. Part VII, line 12 -- The name of the asset was corrected, from "Vanguard MSCI European ETF VCK," to "Vanguard MSCI European ETF VGK."

4. Part VII, line 83-94 -- The Lincoln and Metlife variable annuities are both held in the Brokerage Account. In past reports, I listed the annuities and their overall value but did not list the individual assets held in each annuity. In accordance with the Committee's guidance letter to me of November 19, 2015, I have now listed the assets held in each variable annuity. In its guidance letter, the Committee also asked me to confirm that no income was generated during the past year in these variable annuities. I have confirmed with my broker that no income was generated by any of the assets held in either of these variable annuities.

5. Part VII, line 104 -- When this loan was made in 2015, I created an amortization schedule reflecting the monthly payments of principal and interest due under the note. The value given in column C(2) is the amount of principal remaining due and owing as of 12/31/15 according to that amortization schedule.

6. Part VII, line 76 -- This is the only amendment in this amended report. In my original report, I reported this as a partial sale. It should have been reported simply as a sale. This amendment corrects that error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Donald R. Cassling**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544